**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Creative Services, Inc.**</u>
        Plaintiff

   V.

<u>**The Hartford Fire Insurance Company**</u>
        Defendant

CIVIL ACTION

NO. <u>1:20-cv-11720-ADB</u>

## <u>ORDER OF DISMISSAL</u>

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated July 7, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                      By the Court,

<u>7/8/2022</u>                     <u>/s/ Caetlin McManus</u>
   Date                          Deputy Clerk